THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ROBERT CUELLAR,                          §
      Plaintiff,                        §
                               §
vs.                                      §    CIVIL ACTION NO. 5:20-cv-00792-HJB
                               §
GEO GROUP, INC.                          §
      Defendants.                       §

## JOINT PROPOSED SCHEDULING RECOMMENDATIONS

On August 14, 2020, the undersigned counsel telephonically conducted their Rule 26(f) conference, as ordered by the Court in its Order Setting Telephonic Initial Pretrial Conference, dated August 13, 2020. The parties recommend that the following deadlines be entered in the scheduling order to control the course of this case:

1.    <u>Initial Disclosures</u>: Unless exempted from initial disclosures through Federal Rule of Civil Procedure 26(a)(l)(B), all parties that have appeared in this action shall make their required Rule 26(a)(l) disclosures on or before **October 13, 2020**. To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(l)(A)(i).

2.    <u>Alternative Dispute Resolution ("ADR")</u>: The parties shall file a report on alternative dispute resolution in compliance with Local Rule CV -88 on or before **December 28, 2020**.

3.    <u>Offer of Settlement</u>: Parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **January 15, 2021**, and each opposing party shall respond, in writing on or before **February 15, 2021**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and response as the Court will use these in assessing attorney's fees and costs at the conclusion of the proceedings. If a settlement is reached, the parties should immediately notify the Court, so the case may be closed.

4.    <u>Amend/Supplement Pleadings, Joinder of Parties</u>: On or before **January 27, 2021**, the parties shall file any motion seeking leave to amend or join parties.

5.    <u>Designation of Experts</u>: Parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **January 29, 2021**.

6.    <u>Designation of Experts *(Continued)*</u>: Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **March 15, 2021**.

7.    <u>Rebuttal of Experts</u>: Parties shall file all designations of rebuttal experts and serve on all parties, the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, within 14 days of receipt of the report of the opposing expert.

8.    <u>Discovery Deadline</u>: Parties shall initiate all discovery procedures in time to complete discovery on or before **June 30, 2021**.

9.    <u>Mediation</u>: The parties must mediate this case unless the parties seek an Order from the Court excusing them from mediation **October 1, 2021**.

10.    <u>Dispositive Motions Deadline</u>: On or before **July 30, 2021**, parties shall file any dispositive motions, including motions for summary judgment on all or some of the claims, *Daubert* motions, and motions to exclude or objections to expert witnesses. Federal Rule of Civil Procedure 6(d) does not apply to the time limits set forth in Local Rule CV-7 for responses and replies to the motions.

11.    <u>Pretrial Conference and Trial</u>: The Court will set dates for trial and the final pretrial conference after receiving and reviewing filed dispositive motions or after the deadline for such motions passes without a pertinent filing. At that time, it will likewise set appropriate deadlines for trial and pretrial conference matters.

SIGNED and ENTERED this ___ day of _____, 2020.

_____
HONORABLE HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

-3-

APPROVED:


*/s/ Mark Anthony Sánchez*
MARK ANTHONY SÁNCHEZ
Texas State Bar No. 00795857
SÁNCHEZ & WILSON, P.L.L.C.
6243 IH 10 West, Suite 1025
San Antonio, Texas 78201
Office:   (210) 222-8899
Fax:      (210) 222-9526
Email:    mas@sanchezwilson.com

ATTORNEYS FOR PLAINTIFF
ROBERT CUELLAR


*/s/ Bridget Robinson*
BRIDGET ROBINSON
Texas State Bar No. 17086800
WALSH GALLEGOS TREVIÑO
RUSSO & KYLE P.C.
P. O. Box 2156
Austin, Texas 78768
Office:   (512) 454-6864
Fax:      (512) 467-9318
Email:    brobinson@wabsa.com

ATTORNEYS FOR DEFENDANT
THE GEO GROUP, INC.