UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT CUELLAR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | SA-20-CA-792-HJB |
| | § | |
| GEO GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, in consideration of the parties' Joint Proposed Scheduling Recommendations (Docket Entry 8), and consistent with the Telephonic Initial Pretrial Conference held on today's date, the following dates are entered to control the course of this case:

1.    Initial Disclosures:    Unless exempted from initial disclosures through Federal Rule of Civil Procedure 26(a)(1)(B), all parties that have appeared in this action shall make their required Rule 26(a)(1) disclosures on or before **October 13, 2020**. To the extent a defendant knows the identity of a responsible third party contemplated by Texas Civil Practices & Remedies Code § 33.004, such identity is subject to disclosure under Rule 26(a)(1)(A)(i).

2.    Alternative Dispute Resolution ("ADR"):    A report on ADR resolution in compliance with Western District of Texas, San Antonio Division ("WDTX SA Div."), Local Rule CV-88 must be filed by **December 28, 2020**.

3.    Offer of Settlement:    The parties asserting claims for relief must submit a written offer of settlement to opposing parties by **January 15, 2021**, and each opposing party must respond in writing by **February 15, 2021**. All offers of settlement are to be private and are not filed with the Court. If a settlement is reached, the parties should immediately notify the Court by filing a Settlement Advisory.

4.    Amend/Supplement Pleadings, Joinder of Parties:    The parties must file all motions to amend or supplement pleadings, or to join additional parties by **January 27, 2021**.

5.    Designation of Experts:    All parties asserting claims for relief must file their designation of potential testifying experts, and must SERVE on all parties, but NOT FILE the materials required by FED. R. CIV. P. 26(a)(2)(B) by **January 29, 2021**. Parties resisting claims or relief must file their designation of potential testifying experts, and must SERVE on all parties,

but NOT FILE the materials required by FED. R. CIV. P. 26(a)(2)(B) by **March 15, 2021**. All designations of rebuttal experts must be designated within 14 days of receipt of the report of the opposing expert.

6.     Rebuttal of Experts:    An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 must be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 14 days of receipt** of the written report of the expert's proposed testimony, or **within 14 days of the expert's deposition**, if a deposition is taken, whichever is later.

7.     Discovery:    The parties must complete discovery by **June 30, 2021**. Counsel may, by filing an Agreed Motion, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

8.     Dispositive Motions:    All dispositive motions, as defined in WDTX SA Div. Local Rule CV-7(c), must be filed by **July 30, 2021**. Dispositive motions and responses to dispositive motions, are limited to 20 pages in length, and any reply in support of a dispositive motion is limited to 10 pages in length. *See* WDTX SA Div. Local Rules CV-7(d)(3), (e)(3), and (f)(3).

9.     Mediation:    The parties must mediate this case on or before **October 1, 2021**, unless the parties seek an Order from the Court excusing them from mediation.

10.    Pretrial Submissions:    The parties should consult Local Rule CV-16(e) regarding matters to be filed by **October 11, 2021**, in advance of the Pretrial Conference and Trial.

10.    Pretrial Conference:    A pretrial conference will be held on **October 18, 2021**, at **2:30 P.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César Chávez Boulevard, San Antonio, Texas, 78206.

11.    Jury Selection & Trial:    This case is set for jury selection and trial on **October 25, 2021**, at **9:30 A.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César Chávez Boulevard, San Antonio, Texas, 78206.   The parties should consult Rule CV-16(e)-(g) regarding matters to be filed in advance of trial.

It is so **ORDERED**.

**SIGNED** on September 29, 2020.

Henry J. Bemporad
United States Magistrate Judge

2