UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT CUELLAR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | SA-20-CA-792-HJB |
| | § | |
| GEO GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

It is hereby **ORDERED** that the Pretrial Conference in this case on **October 18, 2021**, at **2:30 P.M.** will be held by video teleconference using the Zoom video platform.  Instructions for joining the teleconference will be sent to the parties via email to their addresses currently listed on CM/ECF.

**SIGNED** on September 21, 2021.

Henry J. Bemporad
United States Magistrate Judge