UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT CUELLAR, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | SA-20-CA-792-HJB |
| | § | |
| GEO GROUP, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Joint Motion to Extend Scheduling Order Deadlines. (Docket Entry 29.)   It is hereby **ORDERED** that the parties' motion is **GRANTED**, and the following dates are entered to further control the course of this case:

1.     Mediation:   The parties must mediate this case on or before **December 15, 2021**, and file a report in accordance with Rule 88 after the mediation is completed.

2.     Pretrial Submissions:   The parties should consult Local Rule CV-16(e) regarding matters to be filed by **February 14, 2022**, in advance of the pretrial conference and trial.

3.     Pretrial Conference:   The pretrial conference is reset to **February 16, 2022**, at **2:30 P.M.**[1]

4.     Jury Selection & Trial:   The jury selection and trial is reset to **February 28, 2022**, at **9:30 A.M.**

**SIGNED** on September 27, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge

---

[1] All court proceedings will take place in the new Federal Courthouse (details forthcoming).