IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT CUELLAR, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:20-cv-792-HJB |
| | § | |
| GEO GROUP, INC., | § | |
| Defendant | § | |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Plaintiff Robert Cuellar and Defendant The GEO Group, Inc., by and through their attorneys of record, and jointly move to modify the Scheduling Order. In support thereof, the parties respectfully show the following:

1.      On September 29, 2020, this Court rendered a Scheduling Order (DE 11) controlling the deadlines in this case. Since that date, the parties have diligently litigated this matter. In fact, the parties have completed discovery. In addition, Defendant filed a Motion for Summary Judgment (DE 20), to which Plaintiff responded (DE 22) and Defendant replied (DE 25). Defendant also filed objections to Plaintiff's Response to Defendant's Motion for Summary Judgment (DE 26). Plaintiff seeks additional time to respond to Defendant's Objections to Plaintiff's Response to Defendant's Motion for Summary Judgment (DE 28), which request Defendant does not oppose. The unexpired deadlines in the Scheduling Order were modified on September 27, 2021. (DE 30).

2.      The parties agree that additional time for mediation and the other unexpired deadlines is needed. In part, additional time is necessary to allow for a ruling on Defendant's Motion for Summary Judgment. The parties agree that mediation will be more fruitful, and perhaps not even

necessary, following a ruling on Defendant's Motion for Summary Judgment. Even if Defendant's Motion for Summary Judgment is not granted in whole, the clarification of issues will assist the parties in moving toward resolution of this case.

3.      Moreover, the parties wish to preserve the Court's and the parties' resources by ensuring that the Court has ample time to consider Defendant's Motion for Summary Judgment and all responsive briefing before the parties prepare their pretrial submissions and appear for the Final Pretrial Conference and trial. If the Court's ruling on Defendant's Motion for Summary Judgment does not dispose of this case in its entirety, obviating the need to file the materials required by Local Rule CV-16(e), it should at least narrow the issues to be mediated and subsequently presented at trial, should mediation not resolve the case. Consequently, an extension of the currently unexpired scheduling order deadlines will decrease expenditure of judicial resources as well as the parties' costs for pretrial preparation and trial.[1]

4.      Additionally, the parties are aware that the Court's current order regarding its operations during the continuing global pandemic may affect the current February 28, 2022 trial date in this case. As noted above, the parties think the Court's ruling on Defendant's Motion for Summary Judgment will assist the parties in drafting their Local Rule CV-16(e) pretrial submissions. Thus, the extension of the unexpired deadlines will conserve judicial resources as well as the parties' resources.

---

[1] Even if the case is not resolved in its entirety by dispositive motion but the issues for trial are narrowed, the parties would benefit from the extension of deadlines to allow them the insight of the Court's ruling on Defendant's Motion for Summary Judgment prior to submission of the pretrial filings. Currently, the pretrial filings required by W. DIST. L. R. CV-16(e) are due no later than February 14, 2022, which date is quickly approaching and which does not allow sufficient time for the Court to consider and rule on Defendant's Motion for Summary Judgment.

5.      The parties request this Court extend the unexpired deadlines in this case by 120 days. The parties discussed a 90 day extension of the unexpired deadlines, but due to conflicts in the parties' schedules as well as the schedules of potential mediators to whom the parties may agree in this case, the parties agreed a 120 day extension of the unexpired deadlines is warranted. A 120 day extension of the unexpired deadlines would result in the imposition of a April 18, 2022 mediation deadline due to the holiday on April 15, 2022, with subsequent deadlines to be determined by the Court as follows:

1.      <u>Mediation</u>:   The parties must mediate this case on or before April 18, 2022, unless the parties seek an order from the Court excusing them from mediation.

2.      <u>Pretrial Submissions</u>: The parties should consult Local Rule CV-16(e) regarding matters to be filed by_____, in advance of the Pretrial Conference and Trial.

3.      <u>Pretrial Conference</u>: The pretrial conference is reset for _____, at _____ a.m./p.m. All proceedings will take place in the new federal courthouse.

4.      <u>Jury Selection and Trial</u>:   This case is reset for jury selection and trial on _____, at _____a.m./p.m. The parties should consult Rule CV-16(e)-(g) regarding matters to be filed in advance of trial.

6.      This modification of the Scheduling Order is sought not for the purpose of delay but so that justice may be done.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray this Court modify the Scheduling Order and confer such other relief as the Court may deem just and proper.

Respectfully submitted,

/s/ *Mark Anthony Sánchez*
MARK ANTHONY SÁNCHEZ
State Bar No. 00795857

SÁNCHEZ & WILSON, P.L.L.C.
6243 IH-10 West, Suite 1025
San Antonio, Texas 78201-2020
Office:   (210) 222-8899
Fax:       (210) 222-9526
Email:    mas@sanchezwilson.com

ATTORNEYS FOR PLAINTIFF
ROBERT CUELLAR

/s/*Bridget Robinson*
BRIDGET ROBINSON
State Bar No. 17086800

WALSH GALLEGOS TREVIÑO
  KYLE & ROBINSON P.C.
P. O. Box 2156
Austin, Texas  78768
Office:   (512) 454-6864
Fax:       (512) 467-9318
Email:    brobinson@wabsa.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mark Anthony Sánchez
Sánchez & Wilson, P.L.L.C.
6243 IH-10 West, Suite 1025
San Antonio, TX 78201-2020

/s/*Bridget Robinson*
BRIDGET ROBINSON

-4-