UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

ROBERT CUELLAR,                           §
                                          §
          Plaintiffs,                     §
                                          §
v.                                        §          SA-20-CA-792-HJB
                                          §
GEO GROUP, INC.,                          §
                                          §
          Defendant.                      §

**ORDER**

The undersigned has issued an Order Dismissing this case with Prejudice.   (*See* Docket Entry 34.)   Accordingly, it is hereby **ORDERED** that the Pretrial Conference on February 16, 2022, and the Jury Selection and Trial on February 28, 2022, are **CANCELLED**. The parties are excused from appearing on those dates.

**SIGNED** on February 1, 2022.

_____
Henry J. Bemporad
United States Magistrate Judge